FRITZ LEOPOLD SCHMIDT, JR., v. WALTER CARROLL LOW and Others.— Motion

to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.